UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 1:16-CV-20031-WILLIAMS/SIMONTON

DANIELLA TRIVINO,

    Plaintiff,

v.

JVC FRANCO 2, LLC, d/b/a JUAN VALDEZ CAFÉ,
and NICOLA BRANCIFORTE,

    Defendants.
_____/

# JOINT MOTION FOR APPROVAL OF SETTLEMENT OF FLSA CLAIMS AND STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, DANIELLA TRIVINO ("Plaintiff"), and Defendants, JVC FRANCO 2, LLC and NICOLA BRANCIFORTE (together, "Defendants"), (Plaintiff and Defendants are collectively, the "Parties") by and through their undersigned counsel and pursuant the Federal Rules of Civil Procedure, hereby move the Court for approval of the resolution of Plaintiff's Fair Labor Standards Act claims arising under 29 U.S.C. §§ 201 *et seq.*, and stipulate to the dismissal of all claims raised in the instant Action, *with prejudice* (the "Joint Motion").

1. On January 13, 2016, Plaintiff filed her Amended Complaint against Defendants in this action asserting in Counts II and III alleged unpaid overtime wage claims and in Count IV alleged a retaliation claim arising under the Fair Labor Standards Act (FLSA), (the "Action").

2. After considerable discussion and analysis, and while Defendants deny any liability whatsoever to Plaintiff and more specifically assert with respect to Plaintiff's FLSA claims that, *inter alia*, Plaintiff properly was classified as an exempt employee under the FLSA, Defendants have agreed to resolve Plaintiff's FLSA claim. As such, Plaintiff will receive from

{37944881;3}

the Defendants in compromise of her FLSA claim the <u>total sum</u> of One Thousand Five Hundred Dollars and No Cents ($1,500.00), allocated, as follows: (i) Five Hundred Dollars and No Cents ($500.00), minus applicable withholdings, made payable to the Plaintiff as consideration for any alleged unpaid wages, for which the Defendants will issue an IRS Form W-2 to the Plaintiff for this amount; (ii) Five Hundred Dollars and No Cents ($500.00), made payable to the Plaintiff for liquidated damages, for which the Defendants will issue an IRS Form 1099 to the Plaintiff for this amount; and, (iii) Five Hundred Dollars and No Cents ($500.00), made payable to Remer & Georges-Pierre, PLLC, to resolve Plaintiff's claim for attorneys' fees and costs under the FLSA, for which Defendants will issue an IRS Form 1099 for this amount.  The Parties agree that the Payment shall be made within ten (10) days of the Court's approval of the settlement and the dismissal of the Action *with prejudice*.

3. Pursuant to Eleventh Circuit precedent, judicial review and approval of a compromise of a Plaintiff's FLSA claims provides final and binding effect. *See Lynn's Food Stores, Inc. v. U.S. Dep't of Labor*, 679 F.2d 1350 (11th Cir. 1982).  To this end, Plaintiff and Defendants have at all times been represented by competent counsel experienced in the litigation of FLSA claims and the foregoing represents a reasonable compromise of Plaintiff's FLSA claim in light of the exemption defense and potential of Plaintiff obtaining no recovery on her FLSA claim if that defense had prevailed.  Likewise, Defendants are limiting the expenses associated with further litigation of Plaintiff's FLSA claim if their defense of Plaintiff's FLSA claim was to have continued in this Action.  The Parties therefore respectfully submit that resolution of Plaintiff's FLSA claim should be approved by the Court as fair and reasonable consistent with precedent under *Lynn's Food*, 679 F.2d at 1353.

4.      The Parties jointly stipulate to the dismissal of all claims in this Action *with prejudice* such that upon the Court's approval of the resolution of Plaintiff's FLSA claim, a Final Order of Dismissal *With Prejudice* be entered.

**WHEREFORE**, Plaintiff, DANIELLA TRIVINO, and Defendants, JVC FRANCO 2, LLC and NICOLA BRANCIFORTE, respectfully request the Court: (i) grant their Joint Motion; (ii) issue a Final Order approving the settlement of Plaintiff's FLSA claims; and (iii) dismissing all claims in this action *with prejudice*.

Respectfully submitted,

Date:  April 11, 2016

By: */s/ Peter M. Hoogerwoerd*
    Peter M. Hoogerwoerd, Esq.
    pmh@rgpattorneys.com
    Waynice A. Green, Esq.
    wgreen@rgpattorneys.com
    **REMER & GEORGES-PIERRE, PLLC**
    44 West Flagler Street, Suite 2200
    Miami, Florida 33130
    Telephone: (305) 416-5000
    Facsimile:  (305) 416-5005

*Counsel for Plaintiff*

By: */s/ Darryl R. Graham*
    Francisco A. Rodriguez, Esq.
    francisco.rodriguez@akerman.com
    Darryl R. Graham, Esq.
    darryl.graham@akerman.com
    **AKERMAN LLP**
    Three Brickell City Centre
    98 Southeast Seventh Street, Suite 1100
    Miami, Florida 33131
    Telephone:  (305) 374.5600
    Facsimile:  (305) 374.5095

    - and -

    Arlene K. Kline, Esq.
    arlene.kline@akerman.com
    **AKERMAN LLP**
    777 South Flagler Drive, Suite 1100W
    West Palm Beach, Florida 33401
    Main: (561) 653-5000
    Fax: (561) 659-6313

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 11, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I also certify that the foregoing document is being served this day on all counsel of record identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

             */s/ Darryl R. Graham*
             Darryl R. Graham

## SERVICE LIST

Peter M. Hoogerwoerd, Esq.
pmh@rgpattorneys.com
Waynice A. Green, Esq.
wgreen@rgpattorneys.com
**REMER & GEORGES-PIERRE, PLLC**
44 West Flagler Street, Suite 2200
Miami, Florida 33130
Telephone: (305) 416-5000
Facsimile:  (305) 416-5005

*Counsel for Plaintiff*

Francisco A. Rodriguez, Esq.
francisco.rodriguez@akerman.com
Darryl R. Graham, Esq.
darryl.graham@akerman.com
**AKERMAN LLP**
Three Brickell City Centre
98 Southeast Seventh Street, Suite 1100
Miami, Florida 33131
Telephone:  (305) 374.5600
Facsimile:  (305) 374.5095

Arlene K. Kline, Esq.
arlene.kline@akerman.com
**AKERMAN LLP**
777 South Flagler Drive, Suite 1100W
West Palm Beach, Florida 33401
Main: (561) 653-5000
Fax: (561) 659-6313

*Counsel for Defendants*