UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 1:16-CV-20031-WILLIAMS/SIMONTON

DANIELLA TRIVINO,

    Plaintiff,

v.

JVC FRANCO 2, LLC, d/b/a JUAN VALDEZ CAFÉ,
and NICOLA BRANCIFORTE,

    Defendants.
_____/

## ORDER OF DISMISSAL *WITH PREJUDICE* OF PLAINTIFF'S COMPLAINT

THIS CAUSE came before the Court on the Parties' Joint Motion for Approval of Settlement of FLSA Claim and Stipulation for Dismissal of Complaint *with Prejudice*, and the Court, having considered same, having reviewed the file, and being otherwise advised in the premises, it is hereby ORDERED AND ADJUDGED:

    1.    The settlement of Plaintiff's FLSA Claims are fair and reasonable.

    2.    The settlement of Plaintiff's FLSA Claims are hereby APPROVED.

    3.    This case is DISMISSED *with prejudice*; and,

    4.    Any and all pending motions are hereby DENIED AS MOOT.

**DONE AND ORDERED** in Chambers, at Miami, Florida this ____ day of April, 2016.

 

                                    **KATHLEEN M. WILLIAMS**
                                    **UNITED STATES DISTRICT JUDGE**

cc:    all counsel