UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 1:16-CV-20031-WILLIAMS/SIMONTON

DANIELLA TRIVINO,

    Plaintiff,

v.

JVC FRANCO 2, LLC, *et al.*,

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on the Parties' joint motion for approval of settlement of FLSA claims and stipulation for dismissal with prejudice. (DE 27).

In this Fair Labor Standards Act (FLSA) action, the Parties request that the Court approve their Settlement Agreement. To approve the Settlement Agreement, the Court must determine that the compromise is a fair and reasonable resolution of a bona fide FLSA dispute. *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). Furthermore, where a plaintiff is represented by counsel, review of the reasonableness of attorneys' fees serves to "assure both that counsel is compensated adequately and that no conflict of interest taints the amount the wronged employee recovers under a settlement agreement." *Silva v. Miller*, 307 Fed. App'x 349, 351 (11th Cir. 2009).

The Parties stipulate that their settlement agreement provides that the Plaintiff will receive $1,000 and that Plaintiffs' counsel will receive $500 in costs and fees. The Court finds that the compromise reached by the Parties in the Settlement Agreement is

a fair and reasonable resolution of this dispute. Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

(1) The Parties' settlement as described in the joint motion (DE 27) is **APPROVED**.

(2) This action is **DISMISSED WITH PREJUDICE** each side to bear its own fees and costs except as otherwise provided in the Settlement Agreement.

(3) All pending motions are **DENIED AS MOOT**.

(4) The Clerk is directed to **CLOSE** this case for administrative purposes.

**DONE AND ORDERED** in chambers in Miami, Florida, this /2 day of April, 2016.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE